IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 20-cv-00380-CMA-SKC

THE LODGE AT MOUNTAIN VILLAGE OWNER ASSOCIATION, INC., a Colorado Nonprofit Corporation,

    Plaintiff,

v.

EIGHTEEN CERTAIN UNDERWRITERS OF LLOYD'S OF LONDON SUBSCRIBING TO POLICY NUMBER N16NA04360, and
MCLARENS LLC, a foreign limited liability company,

    Defendants.

## ORDER

    This matter is before the Court on Defendants' Motion for Leave to Deviate from Practice Standards Regarding Motions for Summary Judgment (Doc. # 64). The Motion is granted in part and denied in part.

    Defendants filed a motion for summary judgment (MSJ) on March 29, 2021. (Doc. # 63). The same day, Defendants filed this Motion requesting leave to file a second MSJ in the event the first is denied. (Doc. # 64). Defendants contend that they had other arguments that they wanted to include in their first MSJ, but the Court's twenty-page limit on MSJs prevented them doing so. (Doc. # 64, ¶ 4).

    The Court's page limits are intended to encourage parties to assert only their strongest arguments, and to do so clearly and concisely. In the Court's experience, a

1

well-briefed MSJ rarely needs to exceed twenty pages, and additional briefing tends to obscure the issues rather than clarify them. Further, the Court notes that Defendants' decision to assert some arguments in their first MSJ, and to save others for a hypothetical future MSJ that might not be allowed, suggests something about the strength of the arguments that were excluded from the first MSJ. Nevertheless, the Court will leave matters of briefing strategy to counsel's judgment, and the Court will allow Defendants to file an amended summary judgment motion of up to thirty pages.

It is therefore ORDERED that Defendants' Motion for Leave to Deviate from Practice Standards Regarding Motions for Summary Judgment (Doc. # 64) is hereby GRANTED IN PART and DENIED IN PART. Defendants' request for leave to file a second MSJ is DENIED. Defendants' request to exceed the Court's twenty-page briefing limits is GRANTED IN PART. It is therefore ORDERED that Defendants may file an amended MSJ within seven days of the date of this Order. The amended MSJ shall not exceed thirty pages.

DATED: April 7, 2021

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge